**RECEIVED**

AUG - 8 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| ANTONIO L. GRIGGS, aka ANTONIO GRIGGS-BEY | CIVIL ACTION NO. 6:14-cv-1168 |
| VS. | SECTION P |
| | JUDGE REBECCA F. DOHERTY |
| STATE OF LOUISIANA | MAGISTRATE JUDGE C. MICHAEL HILL |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the instant petition seeking a writ of mandamus be **DISMISSED WITH PREJUDICE** for failing to state a claim for which relief may be granted.

**THUS DONE AND SIGNED,** in chambers, Lafayette, Louisiana, on this ___8___ day of ___August___, 2014.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE